**Fill in this information to identify the case:**

Debtor 1  Maria S. Torres

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern   District of Illinois
(State)

Case number  14-36203

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Deutsche Bank National Trust Company, as indenture trustee for the Encore Credit Receivables Trust 2005-3

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account:  5  2  8  0

**Property address:** 520 Falconridge WY
Number       Street

Bolingbrook       IL       60440
City              State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  11 / 1 / 2017
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                (a)  $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b)  $ _____

c. **Total**. Add lines a and b.                                            (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/_____
MM / DD / YYYY

---

Form 4100R                **Response to Notice of Final Cure Payment**                page **1**

| Debtor 1 | Maria S. Torres | Case number (*if known*) 14-36203 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Ross T. Brand
Signature

Date 11 / 8 / 2017

Print    Ross T. Brand
        First Name   Middle Name   Last Name

Title   Attorney for Creditor

Company   Kluever & Platt, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   65 E. Wacker Place, Suite 2300
          Number        Street

          Chicago, IL 60601
          City                 State      ZIP Code

Contact phone  (312) 201 – 6769

Email  rbrand@kluverplatt.com